**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

BOCHETTO & LENTZ P.C., : No. 185 EAL 2016
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
A. HAROLD DATZ, ESQUIRE, AND A. :
HAROLD DATZ, P.C., :
:
Respondent :

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.